**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TUONG NGUYEN,<br><br>      Plaintiff(s),<br><br>v.<br><br>TERESA NGUYEN, et al.,<br><br>      Defendant(s). | Case No.: 2:19-cv-02122-KJD-NJK<br><br>**ORDER** |

On December 26, 2019, the Court found that Plaintiff's application to proceed *in forma pauperis* was incomplete and thus denied it without prejudice to file a new application. Docket No. 2 at 1. The Court required Plaintiff to, no later than January 27, 2020, "file a fully complete application on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a)" or pay the full $400 fee for filing a civil action. *Id.* at 2.

On January 7, 2020, Plaintiff filed a "financial certificate," which appears to be his inmate account statements for the past six months. Docket No. 5. However, a properly executed financial certificate is not included. Plaintiff also failed to file "a fully complete application [to proceed *in forma pauperis*]." *See* Docket No. 2 at 2.

The Court will give Plaintiff **a final chance** to file a fully complete application to proceed *in forma pauperis* on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a) or pay the full $400 fee for filing a civil action, no later than **May 8, 2020**.

**FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN THE RECOMMENDED DISMISSAL OF THIS CASE.**

Dated: April 10, 2020

_____
Nancy J. Koppe
United States Magistrate Judge