# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TUONG NGUYEN,<br>    Plaintiff(s),<br>v.<br>TERESA NGUYEN, et al.,<br>    Defendant(s). | Case No.: 2:19-cv-02122-KJD-NJK<br>**ORDER**<br>(Docket No. 9) |

Pending before the Court is Plaintiff's motion to extend his deadline to file a fully complete *in forma pauperis* application or pay the full $400 fee for filing a civil action. *See* Docket No. 9; *see also* Docket No. 6 (order setting deadline). The Court **GRANTS** that request.

Plaintiff must file a fully complete *in forma pauperis* application or pay the full $400 fee for filing a civil action no later than July 10, 2020. Docket No. 9. **FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN THE RECOMMENDED DISMISSAL OF THIS CASE.**

IT IS SO ORDERED.

Dated: June 11, 2020

                                                                                    _____
                                                                                    Nancy J. Koppe
                                                                                    United States Magistrate Judge

1