# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TUONG NGUYEN,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>TERESA NGUYEN, et al.,<br><br>　　　　Defendant(s). | Case No.: 2:19-cv-02122-KJD-NJK<br><br>**ORDER**<br><br>[Docket No. 15] |

Pending before the Court is Plaintiff's motion to extend his deadline to file a fully complete *in forma pauperis* application or pay the full $400 fee for filing a civil action. Docket No. 15; *see also* Docket No. 14 (order setting deadline). Plaintiff submits that he has been transferred from Southern Desert Correctional Center to ICE custody and, therefore, needs more time to complete the necessary paperwork. Docket No. 15 at 1.

For good cause shown, the Court **GRANTS** Plaintiff's motion. Docket No. 15. Plaintiff must file a fully complete *in forma pauperis* application or pay the full $400 fee for filing a civil action no later than November 9, 2020. **Failure to timely comply with this order will result in a recommendation to the District Judge that this case be dismissed without prejudice**.

IT IS SO ORDERED.

Dated: October 9, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge