# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TUONG NGUYEN,

    Plaintiff(s),

v.

TERESA NGUYEN, et al.,

    Defendant(s).

Case No.: 2:19-cv-02122-KJD-NJK

**ORDER**

On September 4, 2020, the Court issued an order denying Plaintiff's application to proceed *in forma pauperis*. Docket No. 14. On November 3, 2020, Plaintiff paid the filing fee. Docket No. 19.

Accordingly, the Clerk's Office is **INSTRUCTED** to file Plaintiff's complaint. Docket No. 1-1. Plaintiff must effectuate service no later than February 8, 2021. *See* Fed.R.Civ.P. 4(m).

IT IS SO ORDERED.

Dated: November 10, 2020

                                              Nancy J. Koppe
                                              United States Magistrate Judge